1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Boulevard
First Floor
Mineola, NY 11501
Telephone:      516.741.4977
Facsimile:      516.741.0626
esmith@brodskysmith.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN DUGAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE BRANDS, INC., MARK E. ANDREWS, JOHN F. BEAUDETTER, HENRY C. BEINSTEIN, DR. PHILLIP FROST, DR. RICHARD M. KRASNO, RICHARD J. LAMPEN, STEVEN D. RUBIN and MARK ZEITCHICK,<br><br>Defendants. | **Case No.: 1:19-cv-08550-ER**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

1    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

2 Procedure, plaintiff Sean Dugan ("Plaintiff") voluntarily dismisses this action with prejudice as to

3 the Plaintiff's individual claims and without prejudice as to the claims of the putative class.  This

4 notice of dismissal is being filed before service by Defendants of either an answer or a motion for

5 summary judgment.  Since no class has been certified and the dismissal is without prejudice as to

6 the members of the putative class, notice of this dismissal is not required.  Plaintiff's dismissal of

7 this Action is effective upon filing of this notice.

8

9 Dated: April 7, 2020                                  **BRODSKY & SMITH, LLC**

10                                                       */s/ Evan J. Smith*_____

11                                                       Evan J. Smith
                                                         240 Mineola Boulevard

12                                                       First Floor
                                                         Mineola, NY 11501

13                                                       Telephone:     516.741.4977
                                                         Facsimile:      516.741.0626

14                                                       esmith@brodskysmith.com

15

16                                                       *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)